IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          CASE NO. 1:99-cr-00011-MP

COREY JAVONE HUNT,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on remand from the Eleventh Circuit regarding the court's previous ruling which required the defendant, as part of the terms of his supervised release, to participate in mental health counseling at the probation officer's discretion. According to the mandate, such determination may not be left to the probation officer. A hearing was held on this matter on Thursday, March 16, 2006. As a result, the court hereby orders that this discretionary provision be removed, instead making mental health counseling a mandatory term of defendant's supervised release.

    **DONE AND ORDERED** this  *16th* day of March, 2006

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge